UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FOXMIND CANADA ENTERPRISES LTD.,

*Plaintiff*

v.

APROAT, AVBVCV-DIRECT, AWINNERDIRECT, BRWVOLIX TOYS MALL, BUYSBDD US, CHONGYANGXIANWENNIANSHANGMAO, DRAVILLOY, EVERYDAY GOOD HEALTH, HAITAISHIDIANZI, HIGHYUE, HOME CLEAN CARE, KM-BM, KUISANG CO.LTD, LLESSOO US, OPEHUO TOY STORE, SHANWOWW, SIDAN, SOONEEDEAR, TONGSHANXIANBAOXIANGDIANZISHANGWUYOUXIANGONGSI, ZAICHI STORE, ZHANGRUIZHEN, ZHIYONG, 义乌市焰缙日用百货有限公司 a/k/a YIWU YANJIN DAILY NECESSITIES CO., LTD. and 别弄，不然弄你店 a/k/a DON'T DO IT, OR YOUR STORE WILL BE RUINED,

*Defendants*

---

25-cv-5837 (JSR)

**[PROPOSED]
UNSEALING ORDER**

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 24th day of July, 2025, at 4:10 p.m.
New York, New York

_____
HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

1