Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*FoxMind Canada Enterprises Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOXMIND CANADA ENTERPRISES LTD., *Plaintiff* v. APROAT, AVBVCV-DIRECT, AWINNERDIRECT, BRWVOLIX TOYS MALL, BUYSBDD US, CHONGYANGXIANWENNIANSHANGMAO, DRAVILLOY, EVERYDAY GOOD HEALTH, HAITAISHIDIANZI, HIGHYUE, HOME CLEAN CARE, KM-BM, KUISANG CO.LTD, LLESSOO US, OPEHUO TOY STORE, SHANWOWW, SIDAN, SOONEEDEAR, TONGSHANXIANBAOXIANGDIANZISHANGWUYOUXIANGONGSI, ZAICHI STORE, ZHANGRUIZHEN, ZHIYONG, 义乌市焰缙日用百货有限公司 A/K/A YIWU YANJIN DAILY NECESSITIES CO., LTD. AND 别弄，不然弄你店 A/K/A DON'T DO IT, OR YOUR STORE WILL BE RUINED, *Defendants* | **CIVIL ACTION NO. 25-cv-5837 (JSR)** |

## CERTIFICATE OF SERVICE

I, Gabriela N. Nastasi, hereby certify as follows:

1. I am over eighteen (18) years of age and not a party to this action. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to attest to the matters stated herein. I have personal knowledge of every statement made in this Certificate of Service and such statements are true and correct.

2. I am an associate attorney with the law firm Epstein Drangel LLP, a limited liability partnership located at 60 East 42nd Street, Suite 1250, New York, New York 10165. I am duly admitted to practice before the Courts of the State of New York and the United States District Court for the Southern District of New York.

3. I am an attorney for FoxMind Canada Enterprises Ltd. ("Plaintiff") in the above-captioned case.

4. On July 16, 2025, Plaintiff filed this action and moved *ex parte* against the above-captioned Defendants for: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated alternative service; and 5) an order authorizing expedited discovery.

5. On the same day, July 16, 2025, the Court entered an Order granting Plaintiff's Application ("TRO") which ordered Defendants to appear on July 28, 2025 at 2:00 p.m. to show cause why a preliminary injunction should not issue ("Show Cause Hearing").

6. On July 22, 2025, pursuant to the alternative methods of service authorized by the TRO, Plaintiff served the Summons, Complaint, TRO and all papers filed in support of the Application on each and every Defendant.

I declare under the penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated:  July 28, 2025					By:	 /s/ Gabriela N. Nastasi
        New York, New York						Gabriela N. Nastasi
							gnastasi@ipcounselors.com
							EPSTEIN DRANGEL LLP
							60 East 42nd Street, Suite 1250
							New York, NY 10165
							Telephone: (212) 292-5390
							Facsimile: (212) 292-5391
							*Attorneys for Plaintiff*
							*FoxMind Canada Enterprises Ltd.*

2