Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 1250)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*FoxMind Canada Enterprises Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOXMIND CANADA ENTERPRISES LTD., *Plaintiff*<br><br>v.<br><br>APROAT, *et al*,<br><br>*Defendants* | CIVIL ACTION NO.<br>25-cv-5837 (JSR) |

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff FoxMind Canada Enterprises Ltd. ("FoxMind" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant Home Clean Care and Opehuo Toy Store and ZhiYong and SIDAN in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: October 2, 2025                                             Respectfully submitted,

                                                                   **EPSTEIN DRANGEL LLP**

                                                           BY:    /s/ Gabriela N. Nastasi
                                                                   Gabriela N. Nastasi
                                                                   gnastasi@ipcounselors.com
                                                                   EPSTEIN DRANGEL LLP
                                                                   60 East 42nd Street, Suite 1250
                                                                   New York, NY 10165
                                                                   Telephone: (212) 292-5390
                                                                   Facsimile: (212) 292-5391
                                                                   *Attorneys for Plaintiff*
                                                                   *FoxMind Canada Enterprises Ltd.*

**It is so ORDERED.**

Signed at New York, NY on  10/6, 2025.

                                                   _____
                                                   HON. JED S. RAKOFF
                                                   United States District Judge