UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FOXMIND CANADA ENTERPRISES LTD.,

       Plaintiff,

    -v-

APROAT, AVBVCV-direct, AwinnerDirect, Brwvolix Toys Mall, BUYSBDD US, chongyangxianwennianshangmao, Dravilloy, Everyday Good Health, HaiTaiShiDianZi, Highyue, Home Clean Care, KM-BM, KUISANG Co.Ltd, LLESSOO US, Opehuo Toy Store, shanwoww, SIDAN, SOONEEDEAR, tongshanxianbaoxiangdianzishangwuyouxiangongsi, ZaiChi Store, zhangruizhen, ZhiYong, 义乌市焰缙日用百货有限公司 a/k/a Yiwu Yanjin Daily Necessities Co., Ltd. and 别弄·不然弄你店 a/k/a Don't do it, or your store will be ruined,

       Defendants.

---

25-cv-5837 (JSR)

ORDER

---

JED S. RAKOFF, U.S.D.J.:

    The Court will conduct a default judgment hearing on plaintiff's motion for default judgment on January 5, 2026, at 9:00 a.m. at 500 Pearl Street, Courtroom 14B. Plaintiff is directed to serve notice of the hearing on defendants no later than December 23, 2025, by the means previously approved for service.

    SO ORDERED.

New York, NY
December 16, 2025

JED S. RAKOFF, U.S.D.J.

1