**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
FOXMIND CANADA ENTERPRISES LTD.,

                        Plaintiff,

      -against-

APROAT, AVBVCV-direct, AwinnerDirect,
Brwvolix Toys Mall, BUYSBDD US,
chongyangxianwennianshangmao, Dravilloy,
Everyday Good Health, HaiTaiShiDianZi, Highyue,
Home Clean Care, KM-BM, KUISANG Co.Ltd,
LLESSOO US, Opehuo Toy Store, shanwoww,
SIDAN, SOONEEDEAR,
tongshanxianbaoxiangdianzishangwuyouxia
ngongsi, ZaiChi Store, zhangruizhen,
ZhiYong, Yiwu Yanjin Daily Necessities Co., Ltd.
and Don't do it, or your store will be ruined,

                        Defendants.
------------------------------------------------------------------X

25 **CIVIL** 5837 (JSR)

**<u>JUDGMENT</u>**

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated January 8, 2026, final judgment is entered against defendants

Dravilloy and KM-BM.

**Dated:**  New York, New York

      January 9, 2026

                               **TAMMI M. HELLWIG**
                             _____
                                 **Clerk of Court**

                                   K. mango

**BY:**
                                 _____
                                 **Deputy Clerk**