UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FOXMIND CANADA ENTERPRISES LTD.,

Plaintiff,

-v-

APROAT, AVBVCV-direct, AwinnerDirect, Brwvolix Toys Mall, BUYSBDD US, chongyangxianwennianshangmao, Dravilloy, Everyday Good Health, HaiTaiShiDianZi, Highyue, Home Clean Care, KM-BM, KUISANG Co.Ltd, LLESSOO US, Opehuo Toy Store, shanwoww, SIDAN, SOONEEDEAR, tongshanxianbaoxiangdianzishangwuyouxiangongsi, ZaiChi Store, zhangruizhen, ZhiYong, 义乌市焰缙日用百货有限公司 a/k/a Yiwu Yanjin Daily Necessities Co., Ltd. and 别弄，不然弄你店 a/k/a Don't do it, or your store will be ruined,

Defendants.

25-cv-5837 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

For the reasons identified in plaintiff's Status Letter, docketed along with this Order, and in the Court's February 13, 2026, Memorandum Order, the Court hereby authorizes alternative service on the Unsuccessful Hague Defendants by the means identified by plaintiff.

Plaintiff is directed to call Chambers by no later than close of business on Wednesday, August 26, 2026, to set a date for a default judgment hearing.

SO ORDERED.

New York, NY
August 21, 2026

JED S. RAKOFF, U.S.D.J.