UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOXMIND CANADA ENTERPRISES LTD., Plaintiff, -v- APROAT, AVBVCV-direct, AwinnerDirect, Brwvolix Toys Mall, BUYSBDD US, chongyangxianwennianshangmao, Dravilloy, Everyday Good Health, HaiTaiShiDianZi, Highyue, Home Clean Care, KM-BM, KUISANG Co.Ltd, LLESSOO US, Opehuo Toy Store, shanwoww, SIDAN, SOONEEDEAR, tongshanxianbaoxiangdian-zishangwuyouxiangongsi, ZaiChi Store, zhangruizhen, ZhiYong, 义乌市焰缙日用百货有限公司 a/k/a Yiwu Yanjin Daily Necessities Co., Ltd. and 别弄，不然弄你店 a/k/a Don't do it, or your store will be ruined, Defendants. | 25-cv-5837 (JSR) ORDER |

JED S. RAKOFF, U.S.D.J.:

The Clerk of Court is respectfully directed to enter final judgment consistent with the Final Default Judgment and Permanent Injunction Order at ECF No. 71.

SO ORDERED.

New York, NY
September 22, 2026

JED S. RAKOFF, U.S.D.J.